UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GREGORY MAHONEY,
TINA MAHONEY, JOHN MAHONEY
AND JASON MAHONEY

Plaintiffs,

vs.

SOUTHWORTH-MILTON, INC. AND
CATERPILLAR INC.

Defendants.

CA 06 309

CIVIL ACTION NO.

**NOTICE OF REMOVAL**

**TO: THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

The defendant, Caterpillar Inc. ("Caterpillar") files this Notice of Removal of this action from Providence/Bristol Superior Court (Licht Judicial Complex), Providence County, State of Rhode Island, to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. In support of its Notice of Removal, Caterpillar states as follows:

1. As appears from the docket, files and records of the Providence/Bristol Superior Court, Providence County, State of Rhode Island, Civil Action No. 06-3061, the plaintiff commenced a civil action by filing a Complaint, a copy of which is annexed hereto as Exhibit A. Caterpillar was served with the Complaint on June 14, 2006.

2. According to the Complaint, the plaintiff, John Maloney, alleges that he suffered "severe and grievous personal injury" while operating an excavator designed and manufactured by Caterpillar. Given that the Complaint states that the plaintiffs seek recovery for "severe and

grievous personal injury", the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

3. The plaintiffs have alleged in their Complaint that they are residents of the Town of Scituate, State of Rhode Island.

4. The defendant, Caterpillar, is organized under the laws of Delaware, with a principal place of business located in Peoria, Illinois.

5. The defendant, Southworth-Milton, Inc. is organized under the laws of New Hampshire, with a principal place of business located in Milford, Massachusetts.

6. Jurisdiction in the Federal Court is founded on complete diversity of citizenship between the plaintiffs and the defendants pursuant to 28 U.S.C. § 1332. The amount in controversy exceeds, exclusive of interests and costs, $75,000.00.

7. The defendant, Caterpillar, was served with the Complaint on June 14, 2006 and therefore this Notice of Removal is filed within 30 days of receipt of the Complaint by Caterpillar.

8. A stamped copy of this Notice of Removal will be filed with the Providence/Bristol Superior Court, Providence County, State of Rhode Island, and served on all other parties pursuant to 28 U.S.C. § 1446(d) and Local Rule 81. A copy of the Notice of Removal to Providence/Bristol Superior Court (without attachments) to be filed and served is attached as Exhibit B.

9. Pursuant to Local Rule 81(b), Caterpillar will file certified or attested copies of the docket sheets and all documents filed in the state court action within ten (10) days after the filing of this notice of removal.

**WHEREFORE**, Caterpillar prays for removal of the above captioned matter from the Providence/Bristol Superior Court, Providence County, State of Rhode Island to the United States District Court for the District of Rhode Island.

Dated: July 7, 2006

CATERPILLAR INC.,

By its attorneys,

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

Richard P. Campbell (RI Bar #5685)
One Constitution Plaza
Boston, MA 02129
Tel: (617) 241-3000
Fax: (617) 241-5115
rpcampbell@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice of Removal was sent on July 7, 2006 via first class mail to the following:

Jeffrey S. Fleischaker, Esq.
Taft & McSally, LLP
21 Garden City Drive
Cranston, RI 02920

Mark S. Granger, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Richard P. Campbell