STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

GREGORY MAHONEY et al.,

Plaintiffs,

vs.

SOUTHWORTH-MILTON, INC. et al.

Defendants

CIVIL ACTION NO. 06-3061

**NOTICE OF REMOVAL**

TO: Providence/Bristol County Superior Court
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

Jeffrey S. Fleischaker, Esq.
Taft & McSally, LLP
21 Garden City Drive
Cranston, RI 02920

Mark S. Granger, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

PLEASE TAKE NOTICE, that the defendant, Caterpillar Inc., a Delaware corporation with a principal place of business in Peoria, Illinois, has this day filed a Notice of Removal of the above-captioned civil matter from the Providence/Bristol Superior Court, Providence County, State of Rhode Island, to the United States District Court for the District of Rhode Island, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, containing a statement of facts which entitles it to remove the case to the United States District Court for the District of Rhode Island. Certified

copies of all records, proceedings and docket entries in the State Court shall be filed with District Court pursuant to DRI LR 81.

A copy of the Notice of Removal (without attachments) is attached as Exhibit A. You are respectively advised that pursuant to 28 U.S.C. § 1446(d), the Providence/Bristol Superior Court, Providence County, State of Rhode Island, shall proceed no further in this action unless and until the action is remanded.

CATERPILLAR INC.,

By its attorneys,

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

Richard P. Campbell (RI Bar #5685)
One Constitution Plaza
Boston, MA 02129
Tel: (617) 241-3000
Fax: (617) 241-5115
rpcampbell@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice of Removal was sent on July 7, 2006 via first class mail to the following:

Jeffrey S. Fleischaker, Esq.
Taft & McSally, LLP
21 Garden City Drive
Cranston, RI 02920

Mark S. Granger, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Richard P. Campbell