AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

CA 0 309

GREGORY MAHONEY, et al.

V.

SOUTHWORTH-MILTON, INC., et al.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CATERPILLAR INC.

I certify that I am admitted to practice in this court.

Date 7/10/06

Signature Richard P. Campbell

Richard P. Campbell — 5685
Print Name — Bar Number

One Constitution Plaza
Address

Boston — MA — 02129
City — State — Zip Code

(617) 241-3000 — (617) 241-5115
Phone Number — Fax Number