UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GREGORY MAHONEY,
TINA MAHONEY, JOHN MAHONEY
AND JASON MAHONEY

Plaintiffs,

vs.

SOUTHWORTH-MILTON, INC. AND
CATERPILLAR INC.

Defendants.

CA 06 309

CIVIL ACTION NO.

**CORPORATE DISCLOSURE OF CATERPILLAR INC.**

The defendant, Caterpillar Inc., pursuant to Fed. R. Civ. P. 7.1(a), hereby certifies that no corporation owns 10% or more of its stock.

CATERPILLAR INC.,

By its attorneys,

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

Richard P. Campbell (RI Bar #5685)
One Constitution Plaza
Boston, MA 02129
Tel: (617) 241-3000
Fax: (617) 241-5115
rpcampbell@campbell-trial-lawyers.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing document was sent on 7/10/06, 2006 via first class mail to the following:

Jeffrey S. Fleischaker, Esq.
Taft & McSally, LLP
21 Garden City Drive
Cranston, RI 02920

Mark S. Granger, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Richard P. Campbell