UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GREGORY MAHONEY,
TINA MAHONEY, JOHN MAHONEY
AND JASON MAHONEY

Plaintiffs,

vs.

SOUTHWORTH-MILTON, INC. AND
CATERPILLAR INC.

Defendants.

CIVIL ACTION NO. 06-309T

**CATERPILLAR INC.'S STATEMENT OF COMPLIANCE WITH LOCAL RULE 81(b)**

The defendant, Caterpillar Inc., pursuant to Local Rule 81, attaches certified copies of the docket sheets and all documents filed in Mahoney v. Southworth-Milton, Inc. et al., Providence Superior Court, Civil Action No. 06-3061, which was removed to this Court on July 10, 2006.

In addition, Caterpillar Inc. attaches a copy of its Answer & Jury Demand and Notice of Removal which were both filed with the Providence Superior Court, but are not listed on the state court docket sheet provided. The docket sheet and documents filed are attached hereto and numerically tabbed in the following order:

1. Docket sheet;
2. Complaint and civil case cover sheet;
3. Filing fee and payment applied;
4. Summons and proof of service for Caterpillar Inc.;
5. Summons and proof of service for Southworth-Milton Inc.;
6. Answer and Affirmative Defenses of Defendant Southworth-Milton, Inc.;

FILED
... S ... JR., CLERK
2006 JUL 28 A 10: 21

7. Caterpillar Inc.'s Answer and Jury Demand; and

8. Notice of Removal.

CATERPILLAR INC.,

By its attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

Richard P. Campbell (RI Bar #5685)
One Constitution Plaza
Boston, MA 02129
Tel: (617) 241-3000
Fax: (617) 241-5115
rpcampbell@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was sent on July 18, 2006 via first class mail to the following:

Jeffrey S. Fleischaker, Esq.
Taft & McSally, LLP
21 Garden City Drive
Cranston, RI 02920

Mark S. Granger, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Richard P. Campbell