STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3061 GREGORY MAHONEY V SOUTHWORTH MILTON INC

Filing Date: 06-08-2006
Case Status: UNASSIGNED

Case Type: PRODUCT LIABILITY
Status Date: 06-08-2006

| | |
|---|---|
| Plaintiff: GREGORY MAHONEY<br>ID: @10844565 | Attorney: JEFFREY FLEISCHAKER |
| Plaintiff: TINA MAHONEY<br>ID: @10844566 | Attorney: JEFFREY FLEISCHAKER |
| Plaintiff: JOHN MAHONEY<br>ID: @10844567 | Attorney: JEFFREY FLEISCHAKER |
| Plaintiff: JASON MAHONEY<br>ID: @10844568 | Attorney: JEFFREY FLEISCHAKER |
| Defendant: SOUTHWORTH - MILTON INC.<br>ID: @10844569 | |
| Defendant: CAPTERPILLAR INC.<br>ID: @10844570 | |

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-08-2006 | COMPLAINT FILED | |
| 06-08-2006 | INITIAL FILING FEE | |
| 06-08-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP227931. |
| 06-20-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: CAPTERPILLAR INC. |
| 06-20-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: SOUTHWORTH - MILTON INC. |
| 07-05-2006 | ANSWER FILED | & AFFIRMATIVE DEFENSES<br>Affiliated: SOUTHWORTH - MILTON INC. |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island