UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GREGORY MAHONEY et al.,
Plaintiffs

vs.

SOUTHWORTH-MILTON, INC. et al.
Defendants

CIVIL ACTION NO. 06-309T

JOINT PROPOSED DISCOVERY PLAN

The plaintiffs Gregory Mahoney, Tina Mahoney, John Mahoney, and Jason Mahoney and the defendants Southworth-Milton, Inc. and Caterpillar Inc. submit this proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

1. Initial Disclosures

Initial disclosures pursuant to Rule 26(a)(1) shall be made on or before on September 18, 2006.

2. Number of Discovery Events

The number of discovery events should be as follows:

(a) The plaintiffs as a group may serve a total of twenty-five (25) interrogatories (Rule 33) on each defendant. The defendants as a group may serve a total of twenty-five (25) interrogatories on each plaintiff. Each side may divide its interrogatories into as many separate sets as the parties serving them choose.

(b) The plaintiffs as a group may serve a total of twenty-five (25) requests for admission (Rule 36) on each defendant. The defendants as a group may serve a total of twenty-five (25) requests for admission on each plaintiff. Each side may divide its requests for admission into as many separate sets as the parties serving them choose.

(c) The plaintiffs as a group may serve a total of twenty-five (25) requests for production of documents and tangible things (Rule 34) on each defendant. The defendants as a group may serve a total of twenty-five (25) requests for production of documents and tangible things on each plaintiff. Each side may divide its requests for production of documents and tangible things into as many separate sets as the parties serving them choose.

(d) There shall be no numerical limit on the number of documents-only subpoenas that may be served on non-parties.

(e) Subject to the following subpart (f), the plaintiffs as a group may take a total of ten (10) depositions and the defendants as a group may take a total of ten (10) depositions. Each deposition shall last no longer than seven (7) hours.

(f) In addition to the depositions permitted by the preceding subpart (e), the plaintiffs as a group may depose all persons identified by the defendants as trial experts and the defendants as a group may depose all persons identified by the plaintiffs as trial experts.

3. Schedule for Fact Discovery

The parties have considered the subject of phased discovery and have agreed that phased discovery is not appropriate for this case. They propose the following schedule for discovery events:

| | |
|---|---|
| January 31, 2007: | Deadline for service of interrogatories and requests for production of documents and tangible things |
| March 30, 2007: | Deadline for completion of depositions of fact witness depositions |
| April 30, 2007: | Deadline for plaintiffs' service of Rule 26(a)(2) expert reports and related materials and for plaintiffs' counsel to provide three proposed deposition dates for each proposed expert |

| | |
|---|---|
| May 21, 2007: | Deadline for depositions of plaintiffs' proposed expert witnesses |
| June 18, 2007: | Deadline for defendants' service of Rule 26(a)(2) expert reports and related materials and for defendants' counsel to provide three proposed deposition dates for each proposed expert |
| July 9, 2007: | Deadline for depositions of defendants' proposed expert witnesses |

4. Schedule for Motions

| | |
|---|---|
| October 1, 2006: | Deadline for amendments to the pleadings and for service of third-party complaints[1] |
| August 6, 2007: | Deadline for filing motions for summary judgment. |

GREGORY MAHONEY, TINA MAHONEY,
JOHN MAHONEY and JASON MAHONEY,
By their attorneys,
TAFT & McSALLY LLP

_/s/_ Jeffrey S. Fleischaker ______________
Jeffrey S. Fleischaker (#6444)
21 Garden City Drive
P.O. Box 20130
Cranston, Rhode Island 02920-5703
(401) 946-3800

SOUTHWORTH-MILTON, INC.,
By its attorneys,
MORRISON MAHONEY, LLP

___/s/ Michael T. Farley ______________
Michael T. Farley (#6196)
121 South Main Street, Suite 600
Providence, Rhode Island 02903
(401) 621-4664

CATERPILLAR INC.,
By its attorneys,
CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

_/s/ Richard P. Campbell____________
Richard P. Campbell (#5685)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

I hereby certify that this document was sent via ECF on 8/14/06 to all counsel of record.
/s/ Michael T. Farley

[1] Addition of new defendants or of third-party defendants would, the parties believe, likely require adjustment of the schedule proposed in this filing.