UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GREGORY MAHONEY et al., Plaintiffs | ) | |
| vs. | ) | CIVIL ACTION NO. 06-309T |
| SOUTHWORTH-MILTON, INC. et al. Defendants | ) | |

**CORPORATE DISCLOSURE STATEMENT OF SOUTHWORTH MILTON, INC.**

Now comes the defendant Southworth Milton, Inc., And offers the attached corporate disclosure statement pursuant to the local rules of civil procedure:

> Southworth Milton, Inc. has no parent corporation and is not a publicly held corporation.

.

Respectfully Submitted:

SOUTHWORTH-MILTON, INC.,
By its attorneys,
MORRISON MAHONEY, LLP

___/s/ Michael T. Farley ______________
Michael T. Farley (#6196)
121 South Main Street, Suite 600
Providence, Rhode Island 02903
(401) 621-4664

Mark S. Granger
250 Summer Street
Boston, MA 02110
(617) 439-7500

I hereby certify that this document was sent via ECF on 9/1 /06 to all counsel of record.

/s/ Michael T. Farley