AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Mahoney et al

V.

Southworth Milton et al

**APPEARANCE**

Case Number: 06-309T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Southworth Milton Inc.

I certify that I am admitted to practice in this court.

9/12/2006
Date

/s/ Michael T. Farley
Signature

Michael T. Farley — 6196
Print Name — Bar Number

Morrison Mahoney LLP 121 South Main St.
Address

Providence — RI — 02903
City — State — Zip Code

(401) 331-4660 — (401) 351-4420
Phone Number — Fax Number