UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GREGORY MAHONEY et al., Plaintiffs | ) | |
| vs. | ) | CIVIL ACTION NO. 06-309T |
| SOUTHWORTH-MILTON, INC. et al. Defendants | ) | |

NOTICE OF COMPLIANCE WITH RULE 26 INITIAL DISCLOSURES

Now comes the defendant Southworth Milton and hereby gives notice that they complied with Rule 26(a)(1) by serving the initial disclosures on all counsel of record.

SOUTHWORTH-MILTON, INC.,
By its attorneys,

MORRISON MAHONEY, LLP
/s/ Michael T. Farley
Michael T. Farley (#6196)
121 South Main Street, Suite 600
Providence, Rhode Island 02903
(401) 621-4664

MORRISON MAHONEY, LLP
/s/ Mark S. Granger
Mark S. Granger *(pro hac vice pending)*
250 Summer Street
Boston, MA 02110

I hereby certify that this document was sent via ECF on 9/18/06 to all counsel of record.

/s/ Michael T. Farley

621965v1