UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GREGORY MAHONEY, TINA MAHONEY, JOHN MAHONEY and JASON MAHONEY | : | |
| VS. | : | C.A. NO: 06-309T |
| SOUTHWORTH-MILTON, INC. and CATERPILLAR INC. | : | |

**NOTICE OF COMPLIANCE**

Now comes the Plaintiff and states that it has complied with Rule 26(a)(1) by serving the initial disclosures on all counsel of record.

Plaintiffs,
By Their Attorneys,

TAFT & McSALLY LLP

/s/ Jeffrey S. Fleischaker

Jeffrey S. Fleischaker, Esq. #6444
21 Garden City Drive
Cranston, RI 02920
(401) 946-3800
(401) 943-8859 FAX
jfleischaker@taftmcsally.com

CERTIFICATION

I hereby certify that this document was sent via ECF on 9/18/06 to all counsel of record.

/s/ Jeffrey S. Fleischaker