Southworth-Milton, Inc.

CAT

Main Store:
100 Quarry Drive
Milford, MA 01757-1729
(508) 634-3400

14 Kendrick Road
Rte 28
Wareham, MA 02571-1079
(508) 291-1200

79 Robertson Boulevard
Brewer, ME 04412-2246
(207) 989-1890

16 Pleasant Hill Road
Mail: P.O. Box 960
Scarborough, ME 04070-0960
(207) 883-9586

Exit 6, Interstate 89
Hopkinton, NH 03229
Mail: 554 Maple Street
Hopkinton, NH 03229-3343
(603) 746-4611

Exit 7, Interstate 89
Route 103
Warner, NH 03278
Mail: 554 Maple Street
Hopkinton, NH 03229-3343
(603) 746-4671

500 Commerce Drive
Clifton Park, NY 12065
518-877-8000

2158 Plainfield Pike
Commerce Park West #10
Cranston, RI 02920-2921
(401) 946-6350

Route #2 One Cat Lane
Richmond, VT 05477-9802
(802) 434-4228

**Urgent Insurance Request**

Date: May 30, 2003

Customer: J G Mahoney Properties Inc

Southworth – Milton Inc. is required by its auditors to have all machines insured when being rented or purchased by a customer. As you have elected to provide your own insurance on the:

CAT 345 Serial Number AGS01481 – S0341219

Selling Price: $ 414,000 $^{00}$

Please send a "**Certificate of Insurance**" covering the

excavator to us as soon as possible.

This certificate should be dual interest to protect both your interest And Southworth- Milton Inc. The insurance must insure against "All Risks" of physical loss or damage including theft, vandalism flood and earthquake to the above machine for the quoted selling price.

Should you have any difficulties in procuring this coverage or have any other questions, please contact Southworth-Milton as we do offer this protection as an accommodation to our customers.

Sincerely,

Beverly Deragon
Credit Department