UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GREGORY MAHONEY, TINA MAHONEY, JOHN MAHONEY and JASON MAHONEY | : | |
| VS. | : | C.A. NO: 06-309T |
| SOUTHWORTH-MILTON, INC. and CATERPILLAR INC. | : | |

**PLAINTIFFS' ANSWER TO DEFENDANT SOUTHWORTH-MILTON, INC.'S COUNTERCLAIMS**

**COUNT I**

1. Plaintiffs neither admit nor deny the allegations contained in Paragraph 1 of Defendant Southworth-Milton, Inc.s Counterclaim and leave Defendant to its proof thereof.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Plaintiffs neither admit nor deny the allegations contained in Paragraph 6 of Defendant Southworth-Milton, Inc.'s Counterclaim and leave Defendant to its proof thereof.

7. Plaintiffs neither admit nor deny the allegations contained in Paragraph 7 of Defendant Southworth-Milton, Inc.'s Counterclaim and leave Defendant to its proof thereof.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

WHEREFORE, the Plaintiffs pray that Defendant Southworth-Milton, Inc.'s Counterclaims be denied and dismissed and they be awarded costs and any other relief this Court deems appropriate and the circumstances of the case require.

**COUNT II**

16. Plaintiffs neither admit nor deny the allegations contained in Paragraph 16 of Defendant Southworth-Milton, Inc.'s Counterclaim and leave Defendant to its proof thereof.

17. Denied.

WHEREFORE, the Plaintiffs pray that Defendant Southworth-Milton, Inc.'s Counterclaims be denied and dismissed and they be awarded costs and any other relief this Court deems appropriate and the circumstances of the case require.

**COUNT III**

19. Plaintiffs neither admit nor deny the allegations contained in Paragraph 19 of Defendant Southworth-Milton, Inc.'s Counterclaim and leave Defendant to its proof thereof.

20. Denied.

WHEREFORE, the Plaintiffs pray that Defendant Southworth-Milton, Inc.'s Counterclaims be denied and dismissed and they be awarded costs and any other relief this Court deems appropriate and the circumstances of the case require.

PLAINTIFFS
By their Attorneys,

TAFT & McSALLY LLP

/s/ Jeffrey S. Fleischaker

Jeffrey S. Fleischaker, Esq. #6444
21 Garden City Drive
Cranston, RI 02920
(401) 946-3800
(401) 943-8859 FAX
jfleischaker@taftmcsally.com

Dated: November 7, 2006

CERTIFICATION

I hereby certify that I caused a true copy of the within document to be electronically served upon Richard P. Campbell, Esq., One Constitution Plaza, Boston, Massachusetts 02129 and to Michael T. Farley, Esq., Morrison Mahoney LLP, 121 South Main Street, Suite 600, Providence, Rhode Island 02903 on this 9th day of November, 2006.

/s/ Jeffrey S. Fleischaker