UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GREGORY MAHONEY, TINA MAHONEY, JOHN MAHONEY and JASON MAHONEY | : | |
| VS. | : | C.A. NO: 06-309T |
| SOUTHWORTH-MILTON, INC. and CATERPILLAR INC. | : | |

**THIRD PARTY DEFENDANT J.G. MAHONEY PROPERTIES, INC.'S ANSWER TO DEFENDANT SOUTHWORTH-MILTON, INC.'S THIRD-PARTY CLAIM**

**COUNT I**

1. Third Party Defendant, J.G. Mahoney Properties, Inc. neither admits nor denies the allegations contained in Paragraph 1 of Defendant Southworth-Milton, Inc.'s Third Party Claim and leaves Defendant to its proof thereof.

2. Admit.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

WHEREFORE, Third Party Defendant J.G. Mahoney Properties, Inc. prays that Defendant Southworth-Milton, Inc.'s Third Party Claim be denied and dismissed and it be awarded costs and any other relief this Court deems appropriate and the circumstances of the case require.

**COUNT II**

10. Third Party Defendant, J.G. Mahoney Properties, Inc. neither admits nor denies the allegations contained in Paragraph 1 of Defendant Southworth-Milton, Inc.'s Third Party Claim and leaves Defendant to its proof thereof.

11. Denied.

WHEREFORE, Third Party Defendant J.G. Mahoney Properties, Inc. prays that Defendant Southworth-Milton, Inc.'s Third Party Claim be denied and dismissed and it be awarded costs and any other relief this Court deems appropriate and the circumstances of the case require.

**COUNT III**

19. Third Party Defendant, J.G. Mahoney Properties, Inc. neither admits nor denies the allegations contained in Paragraph 1 of Defendant Southworth-Milton, Inc.'s Third Party Claim and leaves Defendant to its proof thereof.

20. Denied.

WHEREFORE, Third Party Defendant J.G. Mahoney Properties, Inc. prays that Defendant Southworth-Milton, Inc.'s Third Party Claim be denied and dismissed and it be awarded costs and any other relief this Court deems appropriate and the circumstances of the case require.

PLAINTIFFS
By their Attorneys,

TAFT & McSALLY LLP

/s/ Jeffrey S. Fleischaker

Jeffrey S. Fleischaker, Esq. #6444
21 Garden City Drive
Cranston, RI 02920
(401) 946-3800
(401) 943-8859 FAX
jfleischaker@taftmcsally.com

Dated: November 7, 2006

CERTIFICATION

I hereby certify that I caused a true copy of the within document to be electronically served upon Richard P. Campbell, Esq., One Constitution Plaza, Boston, Massachusetts 02129 and to Michael T. Farley, Esq., Morrison Mahoney LLP, 121 South Main Street, Suite 600, Providence, Rhode Island 02903 on this 9th day of November, 2006.

/s/ Jeffrey S. Fleischaker