UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GREGORY MAHONEY, TINA MAHONEY, JOHN MAHONEY and JASON MAHONEY | : | |
| VS. | : | C.A. NO: 06-309T |
| SOUTHWORTH-MILTON, INC. and CATERPILLAR INC. | : | |

**SUGGESTION OF BANKRUPTCY**

Plaintiffs, John Mahoney and Gregory Mahoney have filed separate Petitions for relief under Title 11 of the United States Code in the United States Bankruptcy Court for the District of Rhode Island. Plaintiff John Mahoney's Petition has been assigned case number 1:07-bk-10194. Gregory Mahoney's Petition has been assigned case number 1:07-bk-10193. Both Petitions were filed on February 5, 2007. Pursuant to 11 U.S.C. §362, Plaintiffs suggest that this action has been stayed.

Plaintiffs,
By Their Attorneys,

TAFT & McSALLY LLP

/s/ Jeffrey S. Fleischaker

Jeffrey S. Fleischaker, Esq. #6444
21 Garden City Drive
Cranston, RI 02920
(401) 946-3800
(401) 943-8859 FAX
jfleischaker@taftmcsally.com

CERTIFICATION

I hereby certify that this document was sent via ECF on 9/18/06 to all counsel of record.

/s/ Jeffrey S. Fleischaker